IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTINA M. MANGOLD,<br>                Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 11-0389 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>                Defendant | : | |

**ORDER**

AND NOW, this 28th day of March, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Plaintiff's Request for Review filed on August 1, 2011; upon consideration of Defendant's Response to Request for Review of Plaintiff filed August 23, 2011; upon consideration of Plaintiff's Reply Brief filed September 15, 2011; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 6, 2012, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The relief sought by Plaintiff is GRANTED in part as described below;

    3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

4. In all other respects, Plaintiff's request for relief is DENIED; and

5. The Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.